Case: **4:12−cv−01631**
Assigned To : **Jackson, Carol E.**
Assign. Date : **9/12/2012**
Description: **Brenner v. American Education Services (AES)**