UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSHUA SETH BRENNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 4:12CV1631HEA |
| AMERICAN EDUCATION SERVICES, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Opinion, Memorandum, and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant and against Plaintiff.

Dated this 6th day of April, 2017.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE