RECEIVED
APR 27 2017
U.S. District Court
Eastern District of MO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSHUA SETH BRENNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:12-cv-1631 HEA |
| vs. | ) |
| | ) |
| AMERICAN EDUCATIONAL SERVICES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Joshua Seth Brenner, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Opinion, Memorandum and Order which granted summary judgment to Defendant and entered in this action on the 6th day of April, 2017.

Respectfully submitted,

_____
Joshua Seth Brenner
14282 Forest Crest Drive
Chesterfield, MO  63017
(636)346-2122

Pro Se Plaintiff and Appellant

Dated: April 27, 2017

1